UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re: Kerrie Sweetland-Casey

Case No. 17-60107
Chapter 13

Debtor(s).

## LOSS MITIGATION STATUS REPORT

This Loss Mitigation Status Report is submitted pursuant to the court's Loss Mitigation Program Procedures.

### PART I — GENERAL INFORMATION

a. Full description of the Property:
55 Powers Road
Binghamton, NY 13903

| b. Name and address of Creditor: | Name, address, and telephone number of Creditor's attorney: |
|---|---|
| Wells Fargo Home Mortgage<br>P.O. Box 10335<br>DesMoines, IA 50306 | Rosicki, Rosicki & Associates<br>51 East Bethpage Road<br>Plainview, NY 11803<br>516-741-2585 |
| Has Creditor filed a proof of claim?<br>☑ Yes  ☐ No | |

# PART II — LOSS MITIGATION PROGRAM

a. On <u>05/04/2017</u>, a Loss Mitigation Request was filed by:

- [✔] Debtor(s).
- [ ] Other party: _____.
- [ ] Creditor.
- [ ] The court raised the possibility of Loss Mitigation.

b. Loss Mitigation Order:

- [✔] A Loss Mitigation Order was entered on <u>05/22/2017</u>.
- [✔] The Loss Mitigation Order was served on <u>05/23/2017</u>.

c. At this time, the Debtor(s) is/are:

- [✔] making on-going post-petition monthly mortgage payments in the amount of $<u>561.00</u>
  - [✔] directly to the Creditor.
  - [ ] to the standing trustee.
- [ ] not making on-going post-petition monthly mortgage payments.

d. If the underlying bankruptcy case is one filed under chapter 12 or 13, has a plan been confirmed?

- [ ] Yes  [✔] No

e. Creditor served a Request for Information and Documents on <u>05/25/2017</u>.

Debtor(s) served a Response to the Creditor's Request on <u>06/21/2017</u>.

- [✔] All Information and Documents have been produced.
- [ ] The following Information and Documents are still outstanding:
  _____
  _____.

f. Debtor(s) served a Request for Information and Documents on _____.

Creditor served a Response to the Debtor(s)' Request on _____.

- [ ] All Information and Documents have been produced.
- [ ] The following Information and Documents are still outstanding:
  _____
  _____.

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)

g. The Loss Mitigation Parties have participated in __0__ Loss Mitigation Session(s) and:

☐ A resolution has been reached.

✔ A resolution has not been reached because:
On 6/27/17 Creditor requested an explanation of "Travel" and "Cash Fring" on pay stubs and 2 months of bank statements. Debtor has been working out of town but will get these to our office soon.

h. Prior Loss Mitigation Status Report (if applicable):

A Prior Loss Mitigation Status Report was submitted on __07/19/2017__.

A Prior Loss Mitigation Status Report was submitted on _____.

A Prior Loss Mitigation Status Report was submitted on _____.

i. Additional information relevant to the Loss Mitigation Parties reaching a final resolution:

_____

_____

_____

_____.

### PART III — OTHER MORTGAGES/LIENS AGAINST THE PROPERTY

_____
_____
_____

Dated: 08/18/2017

/s/ Zachary D. McDonald
Name Zachary D. McDonald
Firm Orville & McDonald Law, P.C.
Attorney(s) for Debtor(s)/Creditor
Address 30 Riverside Drive, Binghamton, NY 13905
Telephone Number 607-770-1007
Email Address sheiladesantis1@gmail.com
N.D.N.Y. Bar Roll Identification No. 302865

(LM:08 Loss Mitigation Status Report rev. 03-15-2016)